# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| JESUS MARTINEZ | CIVIL ACTION NO. 15-2394 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| L. BROWN, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons given in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the lack of objections in the record, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment** [Record Document 15] be and hereby is **GRANTED** and Plaintiff's civil action is **dismissed with prejudice.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 7th day of Feby, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE